

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| UAD<br>F.# 2012R00370 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

April 1, 2013

<u>By Regular Mail and ECF</u>

Deron Robert Castro
Law Office of Deron Castro
118-35 Queens Blvd
Forest Hills, NY 11375

Scott Brettschneider
626 Reckson Plaza
West Tower, 6th Floor
Uniondale, NY 11556

Emily R. Daniel, Esq.
69 West 9th Street
Suite 6J
New York, NY 10011-8960

Re:  United States v. Edward Byam, et al.
     Criminal Docket No. 12-586 (RJD)

Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-referenced case. The government also renews its request for reciprocal discovery from the defendant.

    Enclosed is a CD, labeled 4.1.13-Disc containing the following, some in redacted form:

| DESCRIPTION | BATES RANGE |
|---|---|
| Ebay documents for user eday77 | 11459-11468 |
| Paypal records related to Ebay purchases by Derrick Dunkley | 11469-11474 |
| Records related to the purchase of NYPD ID Card Neck Hangers | 11475-11493 |
| Records related to the purchase of NYPD jackets | 11494-11499 |

    If you have any questions or further requests, please do not hesitate to contact me.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                    United States Attorney


                              By:  _____/s/_____
                                    Una A. Dean
                                    Assistant U.S. Attorney
                                    (718) 254-6473


Enclosure

cc: Clerk of the Court (RJD) (by ECF w/o enclosures)

2