BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR RULINGS ON SUPPRESSION MOTION(S)

JULY 8, 2013 FROM 12:00PM TO 12:30PM

DOCKET NUMBER:   CR 12-586 (RJD)

U.S.A. -v-   EDWARD BYAM (IN CUSTODY)
             COUNSEL:  DERON CASTRO (RETAINED)
U.S.A. -v-   AKEEM MONSALVATGE (IN CUSTODY)
             COUNSEL:  SCOTT BRETTSCHNEIDER (RETAINED)
U.S.A. -v-   DERRICK DUNKLEY (IN CUSTODY)
             COUNSEL:  EMILY DANIEL (CJA)

AUSA:  TIANA DEMAS & MARIA CRUZ MELENDEZ

COURT REPORTER:  CHARLEANE HEADING

X    CASE CALLED FOR RULINGS ON SUPPRESSION MOTIONS.
     AS TO DEFENDANT #1 BYAM:
     *MOTION TO SUPPRESS GRANTED IN PART, DENIED IN PART, IN ACCORDANCE WITH COURT'S FINDINGS AND DISCUSSION WITH COUNSEL;*
     AS TO DEFENDANT #2 MONSALVATGE:
     *COURT WILL RULE IN WRITING, SHORTLY;*
     AS TO DEFENDANT #3 DUNKLEY:
     *MOTION TO SUPPRESS DENIED IN ALL RESPECTS.*
     JURY SELECTION SCHEDULED FOR MONDAY JULY 29, 2013 BEFORE MAGISTRATE JUDGE ORENSTEIN TO BE HELD IN COURTROOM 10A S.
     THIS COURT WILL HOLD A CONFERENCE AFTER JURY SELECTION.
     OPENINGS WILL BEGIN ON TUESDAY JULY 30, 2013 AT 9:30AM.